Chadrick Evan Fulks #16617-074
USP-Terre Haute
Post Office Box 33
Terre Haute, IN 47808-0033



RECEIVED

JAN 29 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

RECEIVED

JAN 28 2015

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED

Clerk
United States District Court
Southern District of Indiana
United States Court House
921 Ohio Street, Room 104
Terre Haute, IN 47801

**SPECIAL MAIL**
**28 C.F.R. § 540.18.19**