Clerk of court

Chad Fulks
V
L. LARiva

2:15-cv-0033
WTL - WTh

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 MAR 19  PM 3: 47

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

I have enclosed a $5 money order
For filing fee.

Thanks