CHADRICK E FULKS
16617-074  USP
P.O.Box 33
Terre Haute, IN 47808
United States

INDIANAPOLIS IN 460

16 MAR 2015 PM 3 L



⇔16617-074⇔
Clerk Of Court
921 OHIO ST
ROOM 104
Terre Haute, IN 47807
United States

RECEIVED
MAR 18 2015
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER



47807373829