DECLARATION UNDER PENALTY OF PERJURY

I, David Paul Hammer to hereby declare, state and certify the following.

1. I am currently incarcerated on the Special Confinement Unit at the United States Penitentiaey within the Federal Correctional Complex at Terre Haute, Indiana.

2. I drafted and prepared the Section 2241 Petition for fellow inmate Chadrick Evan Fulks. I did so at his request and based upon the information he provided.

3. I have been confined on the Special Confinement Unit since July 13, 1999. No inmates law clerks or anyone else has been available to provide legal assistance to fellow inmates, other than those inmates who have taken it upon themselves to try and provide assistance to others on a volunteer basis.

4. There is a law library available on the unit. However it is an electronic LEXIS CD-ROM type system and no trainning or education on how to use the system has ever been provided to death row inmates.

5. I am the person who prepared the Response submitted herein. I am not a lawyer and provided the assistance based upon my status as a fellow death row inmate. I have no formal education or training in areas of law.

6. I have been designated for transfer and will be moved to another BOP facility any day. BOP rules and regulations prohibit me from corresponding or communicating with inmates in other institutions. Therefore I will not be allowed to provide any further legal assistance to Mr. Fulks.

I do state and declare under penalty of perjury pursuant to 28 U.S.C. § 1746

1 of 2

that the information contained in the aforegoing Declaration is true and corr-
ect, to best of my knowledge and belief.

Executed on this 31st day of March, 2015 at Terre Haute, Indiana.

David Paul Hammer
Reg. No. 24507-077
USP-Terre Haure
Post Office Box 33
Terre Haure, IN 47808-0033