⇔16617-074⇔
CHADRICK E FULKS
16617-074  USP
P.O.Box 33
Terre Haute, IN 47808
United States





INMATE
IDENTIFICATION
CONFIRMED

Hon. William T. Lawrence/
Clerk of court
United States District court
Southern District of Indiana
United States court House
921 Ohio Street, Room 104
Terre Haute, in 47801

RECEIVED

APR - 6 2015

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Legal Mail

28 C.FR. 540.18-19



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER