**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

CHADRICK FULKS,                          )
                                         )
                Petitioner,              )
                                         )
vs.                                      )            No. 2:15-cv-33-WTL-WGH
                                         )
L. LARIVA, Acting Warden,                )
                                         )
                Respondent.              )

**Entry and Order to Show Cause**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.     The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. ▪ 28 U.S.C. § 2241. This material has been scanned into the court's electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

2.     The respondent shall have **through June 18, 2015** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **thirty (30) days after service of the answer** in which to reply.

3.     Rule 1(b) of the *Rules Governing Section 2254 Cases in the United States District Courts* provides that those Rules may be applied in applications for habeas corpus in cases not brought by a person challenging the judgment of a state court at the discretion of the district court. This is an appropriate case for such application, as was *Matta Ballesteros v. Henman,* 896 F.2d 255, 259 (7th Cir.), *cert. denied,* 498 U.S. 878 (1990), and the reference to those *Rules* is now made explicit.

IT IS SO ORDERED.

Date: 5/11/15

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

CHADRICK FULKS
11617-074
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808