UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CAUSE NO.   2:15-cv-33-WTL-WGH |
| | ) | |
| LEANN LARIVA, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Comes now the respondent, by counsel, and moves for an enlargement of time of 30 days

to respond to the petitioner's petition for a Writ of Habeas Corpus.    In support of this motion,

the respondent advises the Court as follows:

1.      The respondent's response is currently due on or before June 18, 2015.

2.      The respondent is in the process of obtaining pertinent information from the

Bureau of Prisons that is required to respond to the petitioner's petition.

3.      In order to gather information and to fully and completely respond to the

petitioner's petition, an enlargement of time is required.

WHEREFORE, the respondent respectfully prays that he be granted up to and including

July 18, 2015, to respond to the petitioner's petition for a Writ of Habeas Corpus.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    s:/Winfield D. Ong
Winfield D. Ong
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2015, a copy of the foregoing was mailed, by first class

U.S. Mail, postage prepaid and properly addressed to the following:

Chadrick Fulks
Reg. No. 11617-074
United States Penitentiary
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

   s:/Winfield D. Ong
Winfield D. Ong
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048