UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                          )
                                         )
                    Petitioner,          )
        v.                               )        CAUSE NO.   2:15-cv-33-WTL-WGH
                                         )
LEANN LARIVA, WARDEN,                    )
                                         )
                    Respondent.          )

**ORDER**

This matter having come before the Court on the respondent's motion for enlargement of

time, said motion being in the following words and figures, to-wit:

[H.I.]

And the Court, being duly advised in the premises, now GRANTS the motion for

enlargement of time.

The respondent shall have up to and including July 18, 2015, to respond to the

petitioner's Petition for a Writ of Habeas Corpus.

        So ORDERED.

 DATED:  6/12/15                                 _William T. Lawrence_

                                                 Hon. William T. Lawrence, Judge
                                                 United States District Court
                                                 Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the Court's ECF system

Service via first-class U.S. Mail:
Chadrick Fulks
Reg. No. 11617-074
United States Penitentiary
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808