UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                    )
                                   )
               Petitioner,         )
        v.                         )        CAUSE NO.   2:15-cv-33-WTL-WGH
                                   )
LEANN LARIVA, WARDEN,              )
                                   )
               Respondent.         )

**MOTION FOR ENLARGEMENT OF TIME**

Comes now the respondent, by counsel, and moves for an enlargement of time of an

additioanl 30 days to respond to the petitioner's petition for a Writ of Habeas Corpus.    In

support of this motion, the respondent advises the Court as follows:

1.      The respondent's response is currently due on or before July 18, 2015.

2.      The respondent is in the process of obtaining pertinent information from the

Bureau of Prisons that is required to respond to the petitioner's petition.

3.      In order to gather information and to fully and completely respond to the

petitioner's petition, an enlargement of time is required.

WHEREFORE, the respondent respectfully prays that he be granted up to and including

August 18, 2015, to respond to the petitioner's petition for a Writ of Habeas Corpus.

                            Respectfully submitted,

                            JOSH J. MINKLER
                            United States Attorney

                    By:      s:/Winfield D. Ong
                            Winfield D. Ong
                            Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2015, a copy of the foregoing was mailed, by first class

U.S. Mail, postage prepaid and properly addressed to the following:

Chadrick Fulks
Reg. No. 11617-074
United States Penitentiary
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

   s:/Winfield D. Ong
Winfield D. Ong
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048