**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 2:15-cv-33-WTL-WGH |
| | ) | |
| L. LaRIVA, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**

The respondent's motion for enlargement of time [dkt 10] is granted.

The respondent shall have **through August 18, 2015** in which to show cause why the relief sought by the petitioner should not be granted.

IT IS SO ORDERED.

Date:  7/20/15

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

CHADRICK FULKS
11617-074
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Electronically Registered Counsel