UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK EVAN FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:15-cv-00033-WTL-WGH |
| | ) | |
| L. LARIVA, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## **DECLARATION OF SARAH K. ALLISON-ARMSTRONG**

I, Sarah K. Allison-Armstrong, hereby declare and state the following:

1.      I am currently employed by the Federal Bureau of Prisons (hereafter "BOP"), and assigned to the Federal Correctional Complex, Terre Haute, Indiana (hereafter "FCC Terre Haute").   I began employment with the BOP on July 18, 2010, and have been assigned to this institution since my date of hire.   My current position is Paralegal Specialist.   As part of my duties and responsibilities in the Legal Department, I have access to inmate records, electronic data maintained on the BOP's SENTRY computer system, Administrative Remedy data and BOP Program Statements.

2.      Chadrick Evan Fulks, Register Number 16617-0740, is a federal inmate currently incarcerated at the United States Penitentiary, located at the Federal Correctional Complex in Terre Haute, Indiana.   He is currently serving a Death Sentence for Carjacking Resulting in Death violations of 18 U.S.C. §2119 and a Kidnapping Resulting in Death violation of 18 U.S.C. §1201.

1

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

Executed this 10th day of June, 2015.

Sarah K. Allison-Armstrong
Paralegal Specialist, FCC Terre Haute