To: Clerk
United States District court
105 U.S court House
46 East Ohio ST
Indianapolis, In 46204

From Chad Fulks #16617-074
USP - Terre Haute
P.O. Box 33
Terre Haute, In 47808

Case # 2:15 -cv- 33 - WTL - WGH

Dear Clerk, I am writting to let the court know that I am not receiving any Notice From the Goverment when they Request xtra time to Reply To my 2249, instead I am stuck with the Burden of contacting the Federal Resaerce counsel to ask them to pull it up on the computer in order for me to know what is going on in this case. I am not sure what the problem is But I am Hoping it can Be Fixed By writting you this letter.

①

usually if The envlope has The correct Name and B.O.P # It will arrive, also Its alot easier if The envkope Is marked, "Legal Mail 28 C.F.R 540.18"

This way The counselar delivers It and It has To Be Signed for. Today Is August 21st 2015 and a Responce was due on 8-18-15 can you please help me on This Issue, It will Be Greatly appreciated. Thank you far Your time, Have a Good day.

Always In Honar
Chad Fulks

⇔16617-074⇔
CHADRICK E FULKS
16617-074  USP
P.O.Box 33
Terre Haute, IN 47808
United States

②