⇔16617-074⇔
CHADRICK E FULKS
16617-074  USP
P.O.Box 33
Terre Haute, IN 47808
United States

INDIANAPOLIS IN 460

INMATE
24 AUG 2015 PM 7 L
CONFIRMED

RECEIVED

AUG 26 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Legal Mail
28 C.F.R 540.18-19

The office of The
Clerk of The U.S District Court
105 U.S court House
46 East Ohio Street
Indianapolis, In 46204

46204199999