**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| CHADRICK EVAN FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 2:15-cv-00033-WTL-WGH |
| | ) | |
| L. LARIVA, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Directing Further Proceedings**

**I.**

The petitioner's motion requesting copies [dkt 13] is **granted.** The clerk shall include a copy of the return to order to show cause and a copy of the docket with the petitioner's copy of this Entry.

**II.**

The respondent has described the petitioner's direct appeal, the petitioner's motion for relief pursuant to 28 U.S.C. § 2255, and the claims asserted by the petitioner in this action. The respondent is directed to **supplement her return to order to show cause** by describing the specifications of ineffective assistance of counsel which have been previously presented (and decided on the merits) and which of the specifications of ineffective assistance of counsel in this action were or could have been presented previously. This shall be done **not later than September 18, 2015.**

**III.**

The petitioner shall have **through October 18, 2015** in which to reply to the return to order

to show cause.

IT IS SO ORDERED.

Date: 9/4/15

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

CHADRICK FULKS
11617-074
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Electronically Registered Counsel