UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CAUSE NO.   2:15-cv-33-WTL-WGH |
| | ) | |
| LEANN LARIVA, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Comes now the respondent, by counsel, and moves for an enlargement of time of an additional 60 days to respond to the Court's Entry dated September 4, 2015, requesting the respondent to supplement its return order to show cause.   In support of this motion, the respondent advises the Court as follows:

1.      The respondent's response is currently due on or before September 18, 2015.

2.      In accordance with Department of Justice protocol, the USAO is coordinating its response with the district of conviction, which in this case is the District of South Carolina.   Extra time is necessary not only to ensure that the response reflects the district of conviction's views on the case but also to ensure a fully accurate response to the Court's request.   Responding to the Court's order for supplemental briefing will likely entail considerable review of the details of prior proceedings in this case.   The government's request is not for the purpose of delay but is in service of the issues covered in the Court's order and in light of the capital nature of the case.

WHEREFORE, the respondent respectfully prays that he be granted up to and including

November 18, 2015, to respond to the petitioner's petition for a Writ of Habeas Corpus.


Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:      s:/Winfield D. Ong
Winfield D. Ong
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2015, a copy of the foregoing was mailed, by first

class U.S. Mail, postage prepaid and properly addressed to the following:

Chadrick Fulks
Reg. No. 11617-074
United States Penitentiary
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808


   s:/Winfield D. Ong
Winfield D. Ong
Assistant United States Attorney



Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048