United States District Court
Southern District of Indiana
Terre Haute Division

Chadrick Fulks

       Petitioner

        v.

Jeann Jarvie, Warden

       Respondent

Cause N.O
2:15-CV-33-WTL-WGH

Motion For Enlargement of time

Comes now the petitioner and request the court for an enlargment of time of an additional 30 days to respond to the Governments responce to my writ of Habeaus Corpus.

In responce and support of this motion the petitioner advises the court as follaus.

① The petitioners responce is due on or before September 18th, 2015

② The petitioner would like to paint out that the Government Failed to mail the petitioner a copy of there responce to the 2241 making it impossible for me to responce in time.

③ The petitioner clearly pointed out

The responce to the courts Entry directing Further praceedings the Following.

(1) Doc. Entry #3 I have a lack of knowledge in Law or legal research and am doing my Best to comply with the requirments of this court.

The Goverment has made this even harder By failing to comply with the Courts own Rules so I pray this court will Grant my motion For 30 days of enlargment of time. I have done my Best on this motion By copieing the Goverments motion of enlargment of time that I had to have Sent to me By a attorney not connected to this case.

I request up to October 18th 2015 To responce to the Goverments Responce to the 2241

Respectfully Submitted

cuadick Fulls
Petitioner

<u>Certificate of Mailing</u>

I hereby Certify That on September 9th 2015, a "copy" of The Forgoing "Motion For enlargment of terms," was mailed By First Class Mail, pastage Pre Paid and properly addressed TO The Fallowing

Hon. William T Lawrence, Judge
United States district court
Southern District of Indiana
105 U.S court House
46 East Ohio ST
Indianapolis, IN
46204

Josh J. Minkler
U.S. attorneys office
10 W. Market ST, Suite 2100
Indianapolis, IN
46204