⇔16617-074⇔
CHADRICK E FULKS
16617-074 USP
P.O.Box 33
Terre Haute, IN 47808
United States

INDIANAPOLIS IN 460

09 SEP 2015 PM 1 L

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED

SEP 11 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Legal Mail
28 C.F.R 540.18-19

Hon. William 1 Lawrence, Judge
United States District court
105. U.S court House
46 East Ohio ST
Indianapolis, IN
46204

46204-192078