# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

CHADRICK EVAN FULKS,      )
                                         )
           Petitioner,        )
                                         )

vs.                            )         No. 2:15-cv-00033-WTL-WGH
                                         )

L. LaRIVA, Acting Warden,     )
                                         )
           Respondent.     )

## Entry Discussing Selected Matters

### I.

The respondent's motion for enlargement of time [dkt 15] is **granted.**

The respondent shall have **through November 18, 2015** in which to comply with directions issued in the Entry of September 4, 2015.

### II.

The petitioner's motion for enlargement of time [dkt 16] is **granted** to the extent that he shall have **through December 15, 2015** in which to reply to the respondent's return to show cause and should not do so until after the respondent's supplement is filed.

     IT IS SO ORDERED.

Date: 9/22/15

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

CHADRICK FULKS, #11617-074
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808