Case 2:15-cv-00033-JRS-MJD Document 19 Filed 12/07/15 Page 1 of 3 PageID #: 79

United States District Court
Southern District of Indiana

Chadrick E. Fulks
          Petitioner

          -V-

Jeann Garica, Warden

Cause No.
2:15-cv-33-WTL-WGH

2015 DEC -7 PM 4:32

Motion For Enlargment
of time

Comes Now The petitioner who respectfully Request The court for an enlargment of time of an additional 45 days To respond To The Governments Responce of My writ of Habeaus Corpus.

In responce and support of This Request The petitioner advieses The court of The following

① I recently wrote this court concerning The Governments Failure To send Me a copie of Mese filings with Me court and To This date 12-2-15 Its not changed. Ive yet To recive a copie of The Governments Responce which was due on Nov 18th, 15

② The attorneys That represent Me have Made It known That The Government

has Filed More Motion.
once this was discussed I noticed
The Government has My B.O.P Number
wrong which could Be The reason
I'm not receiving More responces.
My Name and # Must Be correct.
"Chadrick Fulks 16617-074".

③ I am doing all I can To respond
To This Habeaus Corpus with no Law
Training at all. Its Very hard For
Me To understand what alot of
The Laws even say so I Beg The
court for an additional 45 days To
respond and do The research.

Thanks You For Your time.

Respectfully Submitted
Chadrick Fulks T.S.R.C
Petitioner

PAGE-3 Certificate of Mailing

I hereby Certify that on Dec 5th 2015 a copy of the Foregoing Motion For enlargment of time was Mailed By First class Mail. By Pre Paid Parlage and properly addressed To the Following.

Hon. William T Lawerence. Judge United States District courd Southern District of Indiana

105. US. courtHouse
46 East ohico ST
Indianapalis, In 46204

Josh J Minkler
U.S attorneys office
10. W Market ST, Suite 2100
Indianapalis, In 46204