⇔16617-074⇔
CHADRICK E FULKS
16617-074 USP
P.O.Box 33
Terre Haute, IN 47808
United States

INDIANAPOLIS IN 460

IDENTIFICATIONS
CONFIRMED

08 DEC 2015 PM 6 L

Special Olympics
WORLD
GAMES
LOS ANGELES 2015
FOREVER USA

legal mail
28 C.F.R S90.18-19

Hon. william T. Lawrence
United States District Court
Southern District of Indiana
105. U.S Courthouse
46 East Ohio St. 204
Indianapolis, IN 204

RECEIVED
DEC 07 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

4620431926 C047