FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 JAN 13  PM 2: 06

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| CHADRICK EVAN FULKS, | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | **(Capital Habeas Corpus)** |
| L. LARIVA, Acting Warden, USP Terre Haute, UNITED STATES OF AMERICA | : | No. 2:15-cv-00033-WTL-WGH |
| Respondents. | : | |
|  | : | |

## PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Petitioner Chadrick Evan Fulks hereby moves for the appointment of counsel to represent him through the conclusion of these proceedings. In support of this motion, counsel submits the following:

1.      Mr. Fulks is a federal prisoner at the United States Penitentiary at Terre Haute under a sentence of death. Mr. Fulks was convicted and sentenced to death in the United States District Court for the District of South Carolina. His conviction and sentence were affirmed by the United States Court of Appeals for the Fourth Circuit. *United States v. Fulks*, 454 F.3d 410 (4th Cir. 2010). Mr. Fulks filed a motion to vacate the convictions and sentence and for a new trial pursuant to 28 U.S.C.A. § 2255, which was denied. The denial was affirmed on appeal. *United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012).

2.      On January 29, 2015, Mr. Fulks filed a Petition for Writ of Habeas Corpus in this Court. Dkt 1. On May 11, 2015, this Court issued an Order to Show Cause directing Respondent to answer the allegations of the habeas petition and show cause why the relief

requested by Mr. Fulks should not be granted. Dkt. 7. Respondent requested and this Court granted two extensions of time to file the response to the Petition. Dkt. 8-11. On August 18, 2015, Respondent filed a Return to Order to Show Cause. Dkt. 12. This Court ordered Respondent, on September 4, 2015, to supplement the Return. Dkt. 14. Following a request for and grant of another extension of time (Dkt. 15, 17), Respondent filed a Supplemental Response to Order to Show Cause on November 18, 2015. Dkt. 18. Petitioner has a pending motion for extension of time to file his Reply. Dkt. 19. If Petitioner's extension request is granted, his Reply shall be due on January 29, 2016.

3.      Petitioner respectfully requests that the Court appoint the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO) to represent Mr. Fulks in the present proceedings. The FCDO is familiar with the facts of and litigation involved in Mr. Fulks' capital case. On September 3, 2010, the United States District Court for the District of South Carolina granted Mr. Fulks' motion for substitution of counsel in proceedings pending before that court pursuant to 28 U.S.C. § 2255, substituting counsel at the Capital Habeas Unit (CHU) of the FCDO to replace formerly appointed counsel. *See* Order, *Fulks v. United States*, 4:02-cr-992 (D.S.C. Sept. 3, 2010) (attached as Ex. 1). The FCDO was appointed by the Fourth Circuit Court of Appeals as co-counsel to represent Mr. Fulks in the appeal of the district court's denial of relief on March 7, 2011. *See* Order, *United States v. Fulks*, No. 11-3 (4th Cir. March 3, 2011) (attached as Ex. 2).

4.      Appointment of the FCDO in this case would come at no cost to this Court. Because it receives a sustaining grant from the Administrative Office of the United States Courts, the FCDO would not seek attorneys' fees from this Court or funds for other costs or

2

expenses associated with this case.  The FCDO at this time remains adequately staffed and funded to assume representation in petitioner's case.

5. Mr. Fulks concurs in this motion for appointment of counsel; he has sought the FCDO's assistance in this matter and wishes to have the FCDO appointed.[1]

6. The FCDO is the federal defender organization for the Eastern District of Pennsylvania and is recognized by the Administrative Office of the United States Courts as a Community Defender Organization pursuant to 18 U.S.C.A. § 3006A of the Criminal Justice Act. *See* Addendum to the Plan for the Implementation of the Criminal Justice Act of 1964, As Amended, 18 U.S.C. § 3006A, of the United States District Court for the Eastern District of Pennsylvania.  Since 1995, the FCDO has received a sustaining grant from the Administrative Office of the United States Courts to provide representation to capital habeas corpus petitioners in Pennsylvania.  The FCDO's capital habeas attorneys have represented over a hundred prisoners in federal district courts, in the courts of appeal in numerous circuits, and in the United States Supreme Court.  The FCDO's capital habeas attorneys have also represented capital defendants in state clemency proceedings.  The FCDO's attorneys have been faculty in numerous regional and national training programs sponsored by the Administrative Office of Courts, and they have participated in court committees regarding capital post-conviction litigation.[2]

7. The FCDO has been appointed to a number of capital section 2254 and section 2255 cases outside of its home district.  These include *Wooten v. Norris*, No. 5:03-cv-00370

---

[1] Mr. Fulks' January 29, 2015 petition to this Court  alleged a potential conflict with the FCDO.  This petition was drafted by another inmate, David Hammer.  In August 2015, counsel at the FCDO spoke with Mr. Fulks, at which time Mr. Fulks informed counsel that he wished the FCDO to represent him in this matter. *See* Declaration of Chadrick Fulks (attached at Ex. 3).  Mr. Fulks further informed counsel that he was willing to waive the conflict of interest argument in order for them to represent him, and that he wished counsel to amend his petition to add claims that FCDO considered potentially meritorious.  Ex. 3.

[2] The training programs in which FCDO attorneys have served as faculty include those sponsored by The Court of Appeals for the Third Circuit; the Federal Capital Habeas (Section 2255) Project; the Administrative Office of the United States Courts Habeas Corpus Training and Assistance Project; the Federal Judicial Center; and the National Institute for Trial Advocacy.

SWW (E.D. Ark.); *Rankin v. Norris*, No. 5:06-MC-00001-WRW (E.D. Ark.); *Winston v. Kelly*, 7:07-cv-364 (W.D. Virginia); *Mullis v. Thaler*, 3:13-cv-121 (S.D. Texas); *Card v. Secretary*, 4:08-cv-00448 (N.D. Florida); *United States v. Agofsky*, 07-cv-511 (E.D. Texas); *United States v. Allen*, No. 4:07-CV-27-ERW (E.D. Mo.); *United States v. Bourgeois*, No. Cr.-C-02-216 (S.D. Texas); *United States v. Corley*, No. 3:02-CR-116 (N.D. Indiana); *United States v. Ebron*, No. 1:07-cr-142-2 (E.D. Tex.); *United States v. Fields*, Civ.-10-115-RAW (E.D. Oklahoma); *United States v. Hammer*, 96-cr-239 (M.D. Pa.); *United States v. Higgs*, 98-cr-0520 (D. Md.); *United States v. Honken*, 3:10-cv-3074-LRR (N.D. Iowa); *United States v. Ortiz*, 08-1749 (8th Cir.) (W.D. Mo.); and *United States v. Roane*, 09-8 (4th Cir.). The FCDO has also been appointed by this Court to represent Jeffery Paul in habeas proceedings. *Paul v. Superintendent*, No. 2:13-cv-304-WTL-WGH.

8. Consistent with administrative protocol, the FCDO sought and received permission from the Administrative Office of the United States Courts' Defender Services Office (DSO) to apply to this Court for an out-of-district appointment in this matter. Also in accordance with protocol, Chief Judge Diane P. Wood of the United States Court of Appeals for the Seventh Circuit has been notified that this motion would be filed and has raised no objection.

9. Federal Defender program policy requires that the office itself seek appointment. Should this Court grant this motion, the FCDO will assign attorneys from the Capital Habeas Unit, who will take appropriate steps to enter their appearance before this Court and will provide such further assistance as is needed to represent Mr. Fulks. Upon appointment, the undersigned will apply for permanent admission to this Court.

4

WHEREFORE, for all the foregoing reasons, Petitioner respectfully requests that the Court appoint the Federal Community Defender for the Eastern District of Pennsylvania as counsel for Mr. Fulks.  A proposed order accompanies this motion.

Respectfully submitted,

SARA M. COHBRA
Assistant Federal Defender
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
sara_cohbra@fd.org
pete_williams@fd.org

## CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this 12th day of January, 2016, a copy of the

forgoing was served via first class mail on the following counsel of record:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

PETER WILLIAMS