# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Chadrick Evans Fulks, | ) | C/A No.: 4:08-70072-JFA |
| | ) | CR No.: 4:02-992-JFA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court upon petitioner's motion to permit one of his attorneys, Beattie B. Ashmore, to withdraw as counsel of record and appoint in his place Billy H. Nolas, Senior Litigator of the Capital Habeas Unit of the Federal Community Defender for the Eastern District of Pennsylvania. Petitioner notes that co-counsel, Kirsten E. Small, will continue her representation of the petitioner.

For good cause shown, the court will grant the motion and allow Mr. Ashmore to be immediately removed as counsel of record in this case.

The court will permit Mr. Nolas to appear pro hac vice in this district and the $250 filing fee is hereby waived.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

September 3, 2010
Columbia, South Carolina