# EXHIBIT 2

FILED: March 7, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

---

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

      Defendant - Appellant

---

O R D E R

---

The Court appoints the Federal Defender for the District of Pennsylvania at Philadelphia as co-counsel to represent Chadrick Evan Fulks on appeal.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk