# EXHIBIT 3

**Declaration of Chadrick Evan Fulks**
**Pursuant to 28 U.S.C. § 1746**

I, Chadrick Evan Fulks, declare as follows:

1.      I am a prisoner sentenced to death and housed at the United States Penitentiary in Terre Haute, Indiana. On January 29, 2015, I filed a petition for writ of habeas corpus in the United States District Court for the Southern District of Indiana. That petition was written by a fellow inmate, David Hammer. I asked the Court to assign a lawyer to represent me and to amend the petition if necessary.

2.      One of the things that David Hammer wrote in the petition was that a conflict of interest existed between me and the Federal Community Defender Office for the Eastern District of Pennsylvania, the office that was appointed to represent me in federal court in South Carolina.

3.      In August 2015, I spoke with attorneys at the Federal Community Defender Office. I told them that I wanted them to represent me on my petition in Indiana. They told me that they were willing to represent me but that they could not argue that there was a conflict of interest between us. After we talked, I told them that I was willing to give up the conflict of interest argument that David Hammer wrote in my habeas petition so they can represent me in Indiana. I also told them that I would like them to amend the petition in Indiana to add any claims that they think are important to include.

4.      I would like the federal court in Indiana to appoint the Federal Community Defender Office to represent me, and to allow the attorneys there to file an amended petition raising claims they think are important. I waive any conflict that might exist with the Federal Community Defender Office.

1

Declaration of Chadrick Evan Fulks

C.E.F
CEF

I declare, under penalty of perjury and pursuant to 28 USC § 1746 that the foregoing is true and correct.

Executed on    _October 6th 2015_

Signed    _[signature]_

2