# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK EVAN FULKS,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>L. LARIVA, Acting Warden, USP Terre Haute, UNITED STATES OF AMERICA<br><br>　　　　Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>**(Capital Habeas Corpus)**<br><br>No. 2:15-cv-00033-WTL-WGH |

## ORDER

This _____ day of _____, 2016, upon consideration of Petitioner Chadrick Fulks' Motion for Appointment of Counsel, it is HEREBY ORDERED:

1.　Petitioner's motion to appoint counsel is GRANTED.  The Federal Community Defender Office for the Eastern District of Pennsylvania (FDCO) is appointed to represent Petitioner in these proceedings without compensation.

2.　This Court will provide further direction as to the filing of an amended petition and the briefing, including scheduling orders.

**IT IS SO ORDERED.**

_____
Date

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana