| | | |
|---|---|---|
| CHADRICK EVAN FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 2:15-cv-33-WTL-MJD |
| | ) | |
| L. LaRIVA, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Discussing Selected Matters**

**I.**

The petitioner's motion for enlargement of time [dkt 19] is **granted.** The petitioner shall have **through March 31, 2016** in which reply to the respondent's return to order to show cause.

**II.**

The petitioner's motion for appointment of counsel [dkt 20] is **granted as follows:** The Federal Community Defender's Office for the eastern District of Pennsylvania is **appointed** to represent the petitioner. This representation shall be furnished without additional compensation pursuant to 18 U.S.C. § 3006A or other applicable statute.

IT IS SO ORDERED.

Date: 2/1/16

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

CHADRICK FULKS
11617-074
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808