**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |
|---|---|
| CHADRICK EVAN FULKS,<br><br>Petitioner,<br><br>v.<br><br>L. LARIVA, Acting Warden, USP Terre Haute, UNITED STATES OF AMERICA<br><br>Respondents. | :<br>:<br>:  CIVIL ACTION<br>:  **(Capital Habeas Corpus)**<br>:  No. 2:15-cv-00033-WTL-MJD<br>:<br>: |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel

for Petitioner Chadrick Evan Fulks.

Respectfully submitted,

/s/ Sara Cohbra
Sara Cohbra
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Sara_Cohbra@fd.org

**CERTIFICATE OF SERVICE**

I, Sara Cohbra, hereby certify that on this 1st day of March, 2016, a copy of the forgoing

was served by ECF filing on the following counsel of record:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048


/s/ Sara Cohbra
Sara Cohbra