**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |
|---|---|
| CHADRICK EVAN FULKS,<br><br>              Petitioner,<br><br>        v.<br><br>L. LARIVA, Acting Warden, USP Terre<br>Haute, UNITED STATES OF AMERICA<br><br>         Respondents. | CIVIL ACTION<br>(Capital Habeas Corpus)<br><br><br>No. 2:15-cv-00033-WTL-MJD<br><br>**Hon. William T. Lawrence**<br>**United States District Judge** |

## ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of Petitioner

Chadrick Fulks's Unopposed Motion for Extension of Time to File a Reply, it is hereby

ORDERED that Petitioner's Motion is GRANTED. Petitioner shall have until June 29, 2016 to

file his Reply to Respondent's Return to Order to Show Cause and Supplemental Response to

Order to Show Cause.

                                BY THE COURT:


                                _____

                                Hon. William T. Lawrence, Judge
                                United States District Court
                                Southern District of Indiana