**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

CHADRICK EVAN FULKS,

                Petitioner,

                v.

L. LARIVA, Acting Warden, USP Terre
Haute, UNITED STATES OF AMERICA

                Respondents.

CIVIL ACTION
(Capital Habeas Corpus)

No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence
United States District Judge**

## ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of Petitioner

Chadrick Fulks's Second Unopposed Motion for Extension of Time to File a Reply, it is hereby

ORDERED that Petitioner's Motion is GRANTED. Petitioner shall have until September 26,

2016 to file his Reply to Respondent's Return to Order to Show Cause and Supplemental

Response to Order to Show Cause.

                BY THE COURT:

                _____

                Hon. William T. Lawrence, Judge
                United States District Court
                Southern District of Indiana