**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| CHADRICK EVAN FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 2:15-cv-33-WTL-MJD |
| | ) | |
| L. LaRIVA, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Granting Petitioner's**
**Motions for Enlargement of Time**

The petitioner's motions for enlargement of time [dkts 26 and 28] are **granted.** The petitioner shall have **through September 29, 2016** in which reply to the respondent's return to order to show cause.

IT IS SO ORDERED.

Date: 7/25/16

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel