**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

CHADRICK EVAN FULKS,

                 Petitioner,

            v.

L. LARIVA, Acting Warden, USP Terre
Haute, UNITED STATES OF AMERICA

               Respondents.

CIVIL ACTION
(Capital Habeas Corpus)

No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence
United States District Judge**

## ORDER

AND NOW, this 6th day of October, 2016, upon consideration of Petitioner Chadrick

Fulks's Third Unopposed Motion for Extension of Time to File a Reply, it is hereby

ORDERED that Petitioner's Motion is GRANTED. Petitioner shall have until December 26,

2016 to file his Reply to Respondent's Return to Order to Show Cause and Supplemental

Response to Order to Show Cause.

                      BY THE COURT:

                      *William T Lawrence*
                      Hon. William T. Lawrence, Judge
                      United States District Court
                      Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF