**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

CHADRICK EVAN FULKS,

      Petitioner,

      v.

L. LARIVA, Acting Warden, USP Terre
Haute, UNITED STATES OF AMERICA

      Respondents.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION
(Capital Habeas Corpus)


No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence**
**United States District Judge**

## ORDER

  AND NOW, this _____ day of _____, 2016, upon consideration of Petitioner

Chadrick Fulks's Fourth Unopposed Motion for Extension of Time to File a Reply, it is hereby

ORDERED that Petitioner's Motion is GRANTED. Petitioner shall have until March 26, 2017

to file his Reply to Respondent's Return to Order to Show Cause and Supplemental Response to

Order to Show Cause.

        BY THE COURT:


        _____
        Hon. William T. Lawrence, Judge
        United States District Court
        Southern District of Indiana