**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| CHADRICK EVAN FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 2:15-cv-33-WTL-MJD |
| | ) | |
| L. LaRIVA, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |

### Order Granting Motion for Extension of Time

The petitioner's motion for extension of time [dkt 34] is **granted.**

The petitioner shall have **through March 17, 2017** in which to reply to the return to order to show cause.

IT IS SO ORDERED.

Date: 12/13/16

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Distribution:                                        Southern District of Indiana

Electronically Registered Counsel