CHADRICK EVAN FULKS,

                Petitioner,

                v.

L. LARIVA, Acting Warden, USP Terre
Haute, UNITED STATES OF AMERICA

                Respondent.

CIVIL ACTION
(Capital Habeas Corpus)

No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence**
**United States District Judge**

## PETITIONER'S MOTION
## FOR EXTENSION OF TIME TO FILE A REPLY

Petitioner, Chadrick Evan Fulks, through counsel, respectfully requests a ninety (90) day

extension of time for the filing of a Reply to Respondent's Return to Order to Show Cause and

Supplemental Response to Order to Show Cause. In support of this motion, Mr. Fulks submits

the following:

1.      Mr. Fulks is a federal prisoner at the United States Penitentiary at Terre Haute

under a sentence of death. Mr. Fulks was convicted and sentenced to death in the United States

District Court for the District of South Carolina. His conviction and sentence were affirmed by

the United States Court of Appeals for the Fourth Circuit. *United States v. Fulks*, 454 F.3d 410

(4th Cir. 2010). Mr. Fulks filed a motion to vacate the convictions and sentence and for a new

trial pursuant to 28 U.S.C.A. § 2255, which was denied. The denial was affirmed on appeal.

*United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012).

2.      On January 29, 2015, Mr. Fulks filed a *pro se* Petition for Writ of Habeas Corpus

in this Court. Dkt 1. Upon order of this Court, Mr. Fulks filed a *pro se* Response to the Court's

Entry Directing Further Proceedings on April 7, 2015. Dkt. No. 6. Both of these pleadings were prepared by another death row inmate. Dkt. 6 at 7. On May 11, 2015, this Court issued an Order to Show Cause directing Respondent to answer the allegations of the habeas petition and show cause why the relief requested by Mr. Fulks should not be granted. Dkt. 7. On August 18, 2015, Respondent filed a Return to Order to Show Cause. Dkt. 12. This Court ordered Respondent, on September 4, 2015, to supplement the Return. Dkt. 14. Respondent filed a Supplemental Response to Order to Show Cause on November 18, 2015. Dkt. 18.

3.     On January 13, 2016, at Mr. Fulks's request and after complying with administrative protocol for requesting an out-of-district appointment, counsel from the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO) moved for appointment in Mr. Fulks's habeas corpus proceedings. Dkt. 20. This Court appointed the FCDO to represent Mr. Fulks on February 1, 2016. Dkt. 22. Mr. Fulks's counsel currently have until March 17, 2017 to file a Reply to Respondent's Return to Order to Show Cause and Supplemental Response to Order to Show Cause.

4.     Counsel for Mr. Fulks respectfully request an additional ninety (90) days to file a Reply on Mr. Fulks's behalf. Counsel need this additional time to conduct the research and drafting necessary prepare a professionally adequate reply brief. Counsel also require additional time to investigate, draft, and submit any appropriate amendments to the petition. As set forth in counsel's first request for an extension of time, FCDO counsel have determined that there are potentially meritorious claims in addition to those raised in Mr. Fulks's *pro se* pleadings that should be investigated and possibly raised in Mr. Fulks's habeas corpus proceedings.

5.     Since their appointment on this case, counsel have been working diligently and have made significant progress in their investigation and evaluation of the need for a potential

2

amendment.  Nevertheless, counsel require additional time to complete the investigation, including consultation with experts.[1]

6.    On March 10, 2017, and March 14, 2017, in order to inquire as to Respondent's position on this Motion, counsel for Petitioner called and left voicemail messages for Assistant United States Attorney Robert Wood, Esquire, who has been the undersigned's point of contact at the United States Attorney's Office for the Southern District of Indiana on this case.  As of March 15, 2017, Petitioner's counsel have not yet received a response from counsel for Respondent.

WHEREFORE, for all the foregoing reasons, Mr. Fulks respectfully requests that the Court grant Mr. Fulks's request for an extension of time and grant Mr. Fulks an additional ninety (90) days to file a Reply, or until June 15, 2017.  A proposed order accompanies this motion.

Respectfully submitted,

/s/ Peter Williams
SARA M. COHBRA
PETER WILLIAMS
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
sara_cohbra@fd.org
pete_williams@fd.org

Dated: March 15, 2017

---

[1] Should this Court require further discussion of counsel's analysis of the additional claims in Mr. Fulks's case, the progress counsel have made in their investigation, or the investigation that is still pending, counsel respectfully request that such disclosures be made *ex parte*.  *See* 18 U.S.C. § 3599(e).

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 15th day of March, 2017, a copy of the forgoing was served via ECF filing on the following person:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

/s/ Peter Williams
Peter Williams