**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

CHADRICK EVAN FULKS,

                    Petitioner,

          v.

L. LARIVA, Acting Warden, USP Terre
Haute,

                    Respondent.

CIVIL ACTION
(Capital Habeas Corpus)

No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence
United States District Judge**

## ORDER

       AND NOW, this 17th day of March, 2017, upon consideration of Petitioner Chadrick

Fulks's Motion for Extension of Time to File a Reply, it is hereby ORDERED that Petitioner's

Motion is GRANTED.  Petitioner shall have until June 15, 2017 to file his Reply to

Respondent's Return to Order to Show Cause and Supplemental Response to Order to Show

Cause.

                          BY THE COURT:

                          _William T. Lawrence_

                          Hon. William T. Lawrence, Judge
                          United States District Court
                          Southern District of Indiana

    Distribution to all registered counsel by electronic notification via CM/ECF