**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| CHADRICK EVAN FULKS, | : | CIVIL ACTION |
| Petitioner, | : | (Capital Habeas Corpus) |
| v. | : | |
| L. LARIVA, Acting Warden, USP Terre Haute, UNITED STATES OF AMERICA | : | No. 2:15-cv-00033-WTL-MJD |
| Respondents. | : | **Hon. William T. Lawrence**<br>**United States District Judge** |

**ORDER**

AND NOW, this _____ day of _____, 2017, upon consideration of Petitioner

Chadrick Fulks's Motion for Extension of Time to File a Reply, it is hereby ORDERED that

Petitioner's Motion is GRANTED. Petitioner shall have until September 13, 2017, to file his

Reply to Respondent's Return to Order to Show Cause and Supplemental Response to Order to

Show Cause.

BY THE COURT:

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana