**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| CHADRICK EVAN FULKS, | CIVIL ACTION |
| Petitioner, | (Capital Habeas Corpus) |
| v. | |
| L. LARIVA, Acting Warden, USP Terre Haute, UNITED STATES OF AMERICA | No. 2:15-cv-00033-WTL-MJD |
| Respondents. | **Hon. William T. Lawrence** **United States District Judge** |

## ORDER

AND NOW, this 12th day of June, 2017, upon consideration of Petitioner Chadrick Fulks's Motion for Extension of Time to File a Reply, it is hereby ORDERED that Petitioner's Motion is GRANTED. Petitioner shall have until September 13, 2017, to file his Reply to Respondent's Return to Order to Show Cause and Supplemental Response to Order to Show Cause.

BY THE COURT:

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF