**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

CHADRICK EVAN FULKS,

                Petitioner,

          v.

L. LARIVA, Acting Warden, USP Terre
Haute, UNITED STATES OF AMERICA

              Respondents.

CIVIL ACTION
(Capital Habeas Corpus)


No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence
United States District Judge**

## ORDER

      AND NOW, this _____ day of _____, 2017, upon consideration of Petitioner

Chadrick Fulks's Motion for Extension of Time to File a Reply, it is hereby ORDERED that

Petitioner's Motion is GRANTED. Petitioner shall have until December 12, 2017, to file his

Reply to Respondent's Return to Order to Show Cause and Supplemental Response to Order to

Show Cause.

                          BY THE COURT:

                          _____

                          Hon. William T. Lawrence, Judge
                          United States District Court
                          Southern District of Indiana