**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| CHADRICK EVAN FULKS, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION |
| L. LARIVA, Acting Warden, USP Terre Haute, UNITED STATES OF AMERICA | : **(Capital Habeas Corpus)** |
| | : No. 2:15-cv-00033-WTL-MJD |
| Respondents. | : |

NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance to substitute for Sara Cohbra, Esq., as counsel for Petitioner Chadrick Fulks, as Ms. Cohbra is no longer with the Federal Community Defender Office for the Eastern District of Pennsylvania.

Respectfully submitted,

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Claudia_VanWyk@fd.org

Dated: December 8, 2017

**CERTIFICATE OF SERVICE**

I, Claudia Van Wyk, hereby certify that on this 8th day of December, 2017, a copy of the

forgoing was served by ECF filing on the following counsel of record:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

/s/ Claudia Van Wyk
Claudia Van Wyk