**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

|  |  |
|---|---|
| CHADRICK EVAN FULKS, | CIVIL ACTION |
| Petitioner, | (Capital Habeas Corpus) |
| v. | |
| L. LARIVA, Acting Warden, USP Terre Haute, UNITED STATES OF AMERICA | No. 2:15-cv-00033-WTL-MJD |
| Respondents. | **Hon. William T. Lawrence** **United States District Judge** |

**ORDER**

AND NOW, this _____ day of _____, 2017, upon consideration of Petitioner

Chadrick Fulks's Motion for Extension of Time to File a Reply, it is hereby ORDERED that

Petitioner's Motion is GRANTED. Petitioner shall have until March 12, 2018, to file his Reply

to Respondent's Return to Order to Show Cause and Supplemental Response to Order to Show

Cause.

BY THE COURT:

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana