**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

CHADRICK FULKS,

                Petitioner,

          v.

L. LARIVA, Acting Warden, USP Terre
Haute, UNITED STATES OF AMERICA

              Respondents.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION
(Capital Habeas Corpus)


No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence
United States District Judge**

## ORDER

      AND NOW, this 13th day of December, 2017, upon consideration of Petitioner

Chadrick Fulks's Motion for Extension of Time to File a Reply, it is hereby ORDERED that

Petitioner's Motion, Dkt. No. 43, is GRANTED.  Petitioner shall have until March 12, 2018,

to file his Reply to Respondent's Return to Order to Show Cause and Supplemental Response

to Order to Show Cause.

                        BY THE COURT:

                  _William T Lawrence_

                  Hon. William T. Lawrence, Judge
                  United States District Court
                  Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF