**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

CHADRICK EVAN FULKS,

                        Petitioner,

                v.

L. LARIVA, Acting Warden, USP Terre
Haute, UNITED STATES OF AMERICA

                      Respondents.

CIVIL ACTION
(Capital Habeas Corpus)

No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence
United States District Judge**

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Petitioner

Chadrick Fulks's Motion for Extension of Time to File a Reply, it is hereby ORDERED that

Petitioner's Motion is GRANTED. Petitioner shall have until June 10, 2018, to file his Reply to

Respondent's Return to Order to Show Cause and Supplemental Response to Order to Show

Cause.

                      BY THE COURT:

                      _____

                      Hon. William T. Lawrence, Judge
                      United States District Court
                      Southern District of Indiana