**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

CHADRICK EVAN FULKS,

                Petitioner,

          v.

L. LARIVA, Acting Warden, USP Terre
Haute, UNITED STATES OF AMERICA

                Respondents.

CIVIL ACTION
(Capital Habeas Corpus)


No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence**
**United States District Judge**

**ORDER**

This matter is now before the court for consideration of Petitioner Chadrick Fulks's

Motion for Extension of Time to File a Reply, it is hereby ORDERED that Petitioner's Motion

is GRANTED. Petitioner shall have until June 10, 2018, to file his Reply to Respondent's

Return to Order to Show Cause and Supplemental Response to Order to Show Cause.

Date: 3/13/18

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.