**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

CHADRICK EVAN FULKS,

                 Petitioner,

            v.

L. LARIVA, Acting Warden, USP Terre
Haute, UNITED STATES OF AMERICA

               Respondents.

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION
(Capital Habeas Corpus)


No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence
United States District Judge**

## ORDER

      AND NOW, this 11th day of June, 2018, upon consideration of Petitioner Chadrick

Fulks's Motion for Extension of Time to File a Reply, it is hereby ORDERED that Petitioner's

Motion is GRANTED.  Petitioner shall have until September 8, 2018, to file his Reply to

Respondent's Return to Order to Show Cause and Supplemental Response to Order to Show

Cause.

                               BY THE COURT:

                            *William T Lawrence*

                            Hon. William T. Lawrence, Judge
                            United States District Court
                            Southern District of Indiana