IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK EVAN FULKS, | : | |
| Petitioner, | : | CIVIL ACTION<br>(Capital Habeas Corpus) |
| v. | : | |
| L. LARIVA, Acting Warden, USP Terre Haute, UNITED STATES OF AMERICA | : | No. 2:15-cv-00033-WTL-MJD |
| Respondents. | : | **Hon. William T. Lawrence**<br>**United States District Judge** |

**PETITIONER'S MOTION
FOR EXTENSION OF TIME TO FILE A REPLY**

Petitioner, Chadrick Evan Fulks, through counsel, respectfully requests a ninety (90) day extension of time for the filing of a Reply to Respondent's Return to Order to Show Cause and Supplemental Response to Order to Show Cause. In support of this motion, Mr. Fulks submits the following:

1. Mr. Fulks is a federal prisoner at the United States Penitentiary at Terre Haute under a sentence of death. Mr. Fulks was convicted and sentenced to death in the United States District Court for the District of South Carolina. His conviction and sentence were affirmed by the United States Court of Appeals for the Fourth Circuit. *United States v. Fulks*, 454 F.3d 410 (4th Cir. 2010). Mr. Fulks filed a motion to vacate the convictions and sentence and for a new trial pursuant to 28 U.S.C.A. § 2255, which was denied. The denial was affirmed on appeal. *United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012).

2. On January 29, 2015, Mr. Fulks filed a *pro se* Petition for Writ of Habeas Corpus in this Court. Dkt 1. Upon order of this Court, Mr. Fulks filed a *pro se* Response to the Court's

Entry Directing Further Proceedings on April 7, 2015. Dkt. No. 6. Both of these pleadings were prepared by another death row inmate. Dkt. 6 at 7. On May 11, 2015, this Court issued an Order to Show Cause directing Respondent to answer the allegations of the habeas petition and show cause why the relief requested by Mr. Fulks should not be granted. Dkt. 7. Respondent requested and this Court granted two extensions of time to file the response to the Petition. Dkt. 8-11. On August 18, 2015, Respondent filed a Return to Order to Show Cause. Dkt. 12. This Court ordered Respondent, on September 4, 2015, to supplement the Return. Dkt. 14. Following a request for and grant of another extension of time (Dkt. 15, 17), Respondent filed a Supplemental Response to Order to Show Cause on November 18, 2015. Dkt. 18.

3. On January 13, 2016, at Mr. Fulks's request and after complying with administrative protocol for requesting an out-of-district appointment, counsel from the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO) moved for appointment in Mr. Fulks's habeas corpus proceedings. Dkt. 20. This Court appointed the FCDO to represent Mr. Fulks on February 1, 2016. Dkt. 22. Mr. Fulks's counsel currently have until September 8, 2018, to file a Reply to Respondent's Return to Order to Show Cause and Supplemental Response to Order to Show Cause.

4. Counsel for Mr. Fulks respectfully request an additional ninety (90) days, up to and including December 7, 2018, to file a Reply on Mr. Fulks's behalf. Counsel need this additional time to conduct the research and drafting necessary prepare a professionally adequate reply brief. Counsel also require additional time to investigate, draft, and submit any appropriate amendments to the petition. As set forth in counsel's first request for an extension of time, FCDO counsel have determined that there are potentially meritorious claims in addition to those

raised in Mr. Fulks's *pro se* pleadings that should be investigated and possibly raised in Mr. Fulks's habeas corpus proceedings.

5. Since their appointment on this case, counsel have been working diligently and have made significant progress in their investigation and evaluation of the need for a potential amendment. Nevertheless, counsel need additional time to complete the investigation, including time for consultation with experts.[1]

6. On September 4, 2018, counsel for Petitioner left a voicemail message for Assistant United States Attorney Robert Wood, Esquire, who has been the undersigned's point of contact at the United States Attorney's Office for the Southern District of Indiana on this case, inquiring as to Respondent's position on Petitioner's request. As of the time of this filing, counsel has not yet received a response from counsel for Respondent.

---

[1] Should this Court require further discussion of counsel's analysis of the additional claims in Mr. Fulks's case, the progress counsel have made in their investigation, or the investigation that is still pending, counsel respectfully request that such disclosures be made *ex parte*. *See* 18 U.S.C. § 3599(e).

WHEREFORE, Mr. Fulks respectfully requests that the Court grant Mr. Fulks's request for an extension of time and grant Mr. Fulks an additional ninety (90) days to file a Reply, or until December 7, 2018. A proposed order accompanies this motion.

Respectfully submitted,

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
claudia_vanwyk@fd.org

Dated: September 5, 2018

**CERTIFICATE OF SERVICE**

I, Claudia Van Wyk, hereby certify that on this 5 day of September, 2018, a copy of the

forgoing was served via ECF filing on the following person:

Winfield D. Ong, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

/s/ Claudia Van Wyk
Claudia Van Wyk