**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

CHADRICK EVAN FULKS,

                  Petitioner,

           v.

L. LARIVA, Acting Warden, USP Terre
Haute, UNITED STATES OF AMERICA

               Respondents.

CIVIL ACTION
(Capital Habeas Corpus)

No. 2:15-cv-00033-WTL-MJD

**Hon. William T. Lawrence**
**United States District Judge**

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Petitioner

Chadrick Fulks's Motion for Extension of Time to File a Reply, it is hereby ORDERED that

Petitioner's Motion is GRANTED. Petitioner shall have until December 7, 2018, to file his

Reply to Respondent's Return to Order to Show Cause and Supplemental Response to Order to

Show Cause.

                                 BY THE COURT:

                                 _____

                                 Hon. William T. Lawrence, Judge
                                 United States District Court
                                 Southern District of Indiana