UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:15-cv-00033-WTL-MJD |
| | ) | |
| J. E. KRUEGER, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Discussing Motion for Time, Granting Leave to
File an Amended Habeas Petition, and Setting Briefing Deadlines**

The petitioner brought this habeas action pursuant to 28 U.S.C. § 2241 challenging his convictions and death sentence. He requests an extension of time in which to file a reply brief. In his motion, the petitioner states that he is currently investigating additional claims and may need to amend his habeas petition.

This action has been pending for nearly four years and the petitioner has been granted numerous extension of times to file a reply. At some point, this action must become fully briefed and ready for resolution. But the Court does not wish to foreclose any additional claims the petitioner may wish to bring without providing him sufficient notice. Accordingly, the petitioner's motion for an extension of time, dkt. [53], is **granted** to the extent that this action shall proceed along the following schedule.

The petitioner shall have **through March 8, 2019**, in which to file an amended habeas petition. The amended habeas petition will supersede the previous habeas petition filed in this action and thus must include all of the claims the petitioner wishes to raise. The respondent shall have **through April 19, 2019**, in which to file a return to the amended habeas petition. The petitioner shall have **through May 17, 2019**, in which to file a reply. The Court does not anticipate

extending these deadlines absent extraordinary circumstances explained with specificity to the Court, and any such request must be filed at least **two weeks** before the deadline to the extent feasible.

     **IT IS SO ORDERED.**

Date: 12/6/18

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution:

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE
winfield.ong@usdoj.gov

Claudia Van Wyk
FEDERAL COMMUNITY DEFENDER OFFICE
claudia_vanwyk@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org