# UNITED STATES DISTRICT COURT
## Southern District of Indiana

CHADRICK FULKS ) 
     Plaintiff(s), ) 
             ) 
  vs. ) CASE NO. 2:15–cv–00033–WTL–MJD 
             ) 
J. E. KRUEGER ) 
     Defendant(s) ) 

## <u>ORDER REASSIGNING CASE</u>

   Pursuant to Title 28 U.S.C. Section 137 and Local Rule 40–1(f) of the Southern District of Indiana, the Clerk is directed to randomly reassign this case to District Judge . Upon completion of the reassignment the Clerk will notify the parties in the case of the newly assigned Judge.

DATE: <u>April 18, 2019</u>       <u>s/ Judge William T. Lawrence</u> 
               United States District Court 
               Southern District of Indiana