# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

April 18, 2019

Re: FULKS v. KRUEGER
Cause Number: 2:15−cv−00033−JRS−MJD

TO ALL COUNSEL OF RECORD:

Pursuant to Local Rule 40−1, the above matter was reassigned from the docket of Judge William T. Lawrence to the docket of Judge James R. Sweeney II on April 18, 2019. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 2:15−cv−00033−JRS−MJD should be used on all future filings.**

Sincerely,

Laura A. Briggs, Clerk of Court

By:  s/Rebekah Farrington
Rebekah Farrington, Deputy Clerk