UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:15-cv-00033-JRS-MJD |
| | ) | |
| J. E. KRUEGER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER DISCUSSING RESPONDENT'S FAILURE TO FILE A RESPONSE

In this death penalty case, the Court ordered Respondent to file a response to Petitioner's amended habeas petition by April 19, 2019. That deadline has long passed, and Respondent has failed to respond.

Respondent has **through May 8, 2019**, to file either a response as previously directed or a motion for an extension of time. If Respondent chooses the latter option, Respondent must explain why a timely response was not filed, especially in light of the Court's previous order that "the Court does not anticipate extending these deadlines absent extraordinary circumstances" and requiring any request for additional time to be "filed at least **two weeks** before the deadline to the extent feasible." Dkt. 54 at 1-2.

**IT IS SO ORDERED.**

Date: 5/1/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE
winfield.ong@usdoj.gov

Claudia Van Wyk
FEDERAL COMMUNITY DEFENDER OFFICE
claudia_vanwyk@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org