CHADRICK FULKS, )
)
           Petitioner, )
)
        V. )      Cause No. 2:15-cv-00033-JRS-MJD
)
)
J.E. KRUEGER, )
)
         Respondent. )

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana,

by Joe H. Vaughn, Assistant United States Attorney for the Southern District of Indiana, and

enters his appearance as counsel for the Respondent.


        Respectfully submitted,

        JOSH J. MINKLER
        United States Attorney

    By:   s/ Joe H. Vaughn
        Joe H. Vaughn
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2019, a copy of the foregoing APPEARANCE was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: s/ Joe H. Vaughn
    Joe H. Vaughn
    Assistant United States Attorney
    Office of the United States Attorney
    10 W. Market Street, Suite 2100
    Indianapolis, IN 46204-3048
    Telephone: (317) 226-6333
    Fax: (317) 226-6125
    Email: Joe.Vaughn@usdoj.gov