UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS, )
)
Petitioner, )
)
V. ) Cause No. 2:15-cv-00033-JRS-MJD
)
)
J.E. KRUEGER, )
)
Respondent. )

## RESPONDENT'S MOTION FOR EXTENSION OF TIME

Respondent, through undersigned counsel, files its motion for an extension of time through August 9, 2019, within which to respond to petitioner's amended petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. Respondent states as follows:

Petitioner Fulks is incarcerated at the Federal Correctional Complex, Terre Haute, Indiana, under a sentence of death. More than a decade ago, the United States District Court for the District of South Carolina convicted Fulks on counts of carjacking resulting in death, in violation of 18 U.S.C. § 2119, and kidnapping resulting in death, in violation of 18 U.S.C. § 3571. *See United States v. Fulks*, 4:02-cr-992 (D.S.C.). His convictions and sentence were affirmed by the United States Court of Appeals for the Fourth Circuit. *United States v. Fulks*, 454 F.3d 410 (4th Cir. 2006), *cert. denied*, 511 U.S. 1147 (2007).

Fulks later filed a motion to vacate the convictions and sentence and for a new trial pursuant to 28 U.S.C. § 2255. The district court in South Carolina denied those claims, and the Fourth Circuit again affirmed the district court's decisions. *United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012), *cert. denied,* 571 U.S. 941 (2013).

On January 29, 2015, Fulks filed a *pro se* Petition for Writ of Habeas Corpus, Pursuant to 28 U.S.C. § 2241, in this Court. (Dkt 1.)

On February 1, 2016, the Court appointed counsel to represent Fulks. (*Entry Discussing Selected Matters* (Dkt. 22).)

On December 6, 2018, following twelve motions for an extension of time (Dkts. 26, 28, 32, 34, 36, 38, 40, 43, 47, 49, 51, and 53), the Court entered an Order that Fulks file an amended habeas petition superseding the previously-filed *pro se* petition, by March 8, 2019, the government file its response by April 19, 2019, and Fulks file a reply by May 17, 2019. (*Entry Discussing Motion for Time, Granting Leave to File an Amended Habeas Petition, and Setting Briefing Deadlines* ("December 6, 2018 Order") (Dkt. 54).)

On March 8, 2019, virtually three years to the day after the appointment of counsel, Fulks filed an Amended Petition for Writ of Habeas Corpus, Pursuant to 28 U.S.C. § 2241. (Dkt. 55.) This Amended Petition is approximately 80 pages in length and includes 1106 pages of attachments.

On May 1, 2019, this Court entered an Order in which it noted that respondent had not filed a response to the Amended Petition by April 19, 2019, in

accordance with the December 6, 2018 Order. (*Order Discussing Respondent's Failure to File a Response* ("May 1, 2019 Order") (Dkt. 58).) This Court Ordered that respondent file a response to the Amended Petition or a motion for an extension of time by May 8, 2019. (*Id.*)

This motion for an extension of time sets forth the "extraordinary circumstances" underlying respondent's failure to file a timely response and its failure to file this motion two weeks prior to April 19, 2019, in accordance with the December 16, 2018 Order.

The docket in this cause reflects that the respondent is represented by Assistant United States Attorney Winfield D. Ong, who filed various pleadings at the initial stage of this cause. (*See e.g., Motion for Enlargement of Time* (Dkt. 8).) The docket does not reflect that AUSA Ong or any other representative of the government filed a notice of appearance in this matter.

AUSA Ong retired during March 2018, and no other government attorney has entered an appearance for respondent.

Undersigned counsel first learned of the Court's Orders of December 6, 2018 and May 1, 2019, on May 7, 2019—yesterday—after a legal assistant's review of ECF notifications from the Clerk revealed that the May 1, 2019 Order had been sent to AUSA Ong.

The United States Attorney's Office for the District of South Carolina, not having entered an appearance in this matter, was similarly unaware of the December 6, 2018 and May 1, 2019 Orders. The government is engaged in

discussions with the United States Attorney's Office for the District of South Carolina, the office that successfully prosecuted Fulks, regarding the response to Fulks' Amended Petition. The responsibility for responding to Fulks' petition likely rests with the district of conviction, not with a member of the U.S. Attorney's Office in this district.

Counsel for petitioner does not object to the granting of respondent's motion for an extension of time.

Wherefore, based on the above, respondent requests an extension of time until August 9, 2019, within which to file its response to Fulks' Amended Petition.

Respectfully submitted

JOSH J. MINKLER
UNITED STATES ATTORNEY


By:    s/ *Joe H. Vaughn*
Joe H. Vaughn
Assistant United States Attorney

4

<u>CERTIFICATE OF SERVICE</u>

I certify that on May 8, 2019, a copy of the foregoing Respondent's Motion For An Extension Of Time was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: <u>s/ *Joe H. Vaughn*</u>
Joe H. Vaughn
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: joe.vaughn@usdoj.gov