UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                    )
                                   )
            Petitioner,            )
                                   )
      V.                           )        Cause No. 2:15-cv-00033-JRS-MJD
                                   )
                                   )
J.E. KRUEGER,                      )
                                   )
            Respondent.            )


**<u>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME</u>**

This Matter having come before this Court on respondent's motion for an extension of time within which to file its response to petitioner's Amended Petition for Writ of Habeas Corpus, Pursuant to 28 U.S.C. § 2241, and the Court having reviewed the motion and being duly informed in the matter

FINDS that respondent has established "extraordinary circumstances" underlying its failure to timely file its response to the Amended Petition and for its failure to timely file its motion for an extension of time two weeks prior to April 19, 2019.

Based on this finding, it is hereby

ORDERED AND ADJUDGED that respondent's motion is GRANTED. It is further

ORDERED AND ADJUDGED that respondent shall have through August 9, 2019, within which to file its response to the Amended Petition.

IT IS SO ORDERED.

Date:

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana