UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                         )
                                        )
                    Petitioner,         )
                                        )
        V.                              )       Cause No. 2:15-cv-00033-JRS-MJD
                                        )
                                        )
J.E. KRUEGER,                           )
                                        )
                    Respondent.         )

<u>MOTION TO WITHDRAW AS COUNSEL FOR THE RESPONDENT</u>

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Joe H. Vaughn, Assistant United States Attorney, respectfully moves this Court, pursuant to Rule 83.7 of the Local Rules of the United States District Court for the Southern District of Indiana, to allow for the withdrawal of Winfield D. Ong as counsel of record for the Respondent

Assistant United States Attorney Joe H. Vaughn will continue to represent the United States in this matter.

WHEREFORE, the United States respectfully moves that this Court allow for the withdrawal of Winfield D. Ong as counsel of record for the Respondent.

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY


By:     <u>s/ *Joe H. Vaughn*</u>
        Joe H. Vaughn
        Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I certify that on May 8, 2019, a copy of the foregoing Motion to Withdraw Counsel was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: s/ *Joe H. Vaughn*
Joe H. Vaughn
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Email: joe.vaughn@usdoj.gov