UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                          )
                                         )
                 Petitioner,             )
                                         )
        V.                               )       Cause No. 2:15-cv-00033-JRS-MJD
                                         )
                                         )
J.E. KRUEGER,                            )
                                         )
                 Respondent.             )

## ORDER

This matter is before the Court on the motion of the United States brought pursuant to

Local Rule 83.7 of the Local Rules of the United States District Court for the Southern District

of Indiana, to allow for the withdrawal of Assistant United States Attorney Winfield D. Ong as

counsel of record for the United States, and the Court being duly advised in the premises finds

that the motion should be and hereby is GRANTED.

IT IS HEREBY ORDERED that Assistant United States Attorney Winfield D. Ong is

removed as counsel of record for the United States. Assistant United States Attorney Joe H.

Vaughn will continue as counsel of record for the United States in this cause.


        SO ORDERED this date:


                                    _____
                                    Judge James R. Sweeney II
                                    United States District Court
                                    Southern District of Indiana