UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                          )
                                         )
              Petitioner,                )
                                         )
         v.                              )        No. 2:15-cv-00033-JRS-MJD
                                         )
J. E. KRUEGER,                           )
                                         )
              Respondent.                )

**ORDER**

This matter comes before the Court on counsel's Motion to Withdraw as Counsel for the Respondent. [Dkt. 61.] The Court, being duly advised, hereby **GRANTS** the motion. The appearance of Winfield D. Ong as counsel for Respondent is **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated: 10 MAY 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.