# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

CHADRICK FULKS,          )      No. 2:15-CV-00033-JRS-MJD
)
              Petitioner,   )
)
      *versus*        )
)
J.E. KRUEGER,         )
*Warden, Terre Haute USP*,  )
)
         Respondent.  )

## <u>NOTICE OF APPEARANCE OF CO-COUNSEL</u>

The government advises the Court and all parties that Special Assistant United

States Attorney Robert Frank Daley, Jr. hereby enters his appearance as co-counsel for the

United States.   Assistant United States Attorney Joe H. Vaughn will remain lead counsel.

Respectfully submitted,

JOSHUA J. MINKLER
UNITED STATES ATTORNEY

*/s/Robert Frank Daley, Jr.*
Robert Frank Daley, Jr.
Special Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3000
Fax (803) 929-3135
Email: Robert.Daley@USDOJ.GOV

June 11, 2019

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | No. 2:15-CV-00033-JRS-MJD |
| | ) | |
| Petitioner, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| *versus* | ) | |
| | ) | |
| J.E. KRUEGER, | ) | |
| *Warden, Terre Haute USP*, | ) | |
| | ) | |
| Respondent. | ) | |

I hereby certify that on June 11, 2019, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the address(es) listed below:

Claudia Van Wyk, Esquire
Peter Konrad Williams, Esquire
FEDERAL COMMUNITY DEFENDER OFFICE
601 Walnut Street, Suite 545W
Philadelphia, PA 19106
Email: Claudia_Vanwyk@fd.org
Email: Pete_Williams@fd.org

**[SIGNATURES FOLLOWING]**

Respectfully submitted,

JOSHUA J. MINKLER
UNITED STATES ATTORNEY

*/s/Robert Frank Daley, Jr.*
Robert Frank Daley, Jr.
Special Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3000
Fax (803) 929-3135
Email: Robert.Daley@USDOJ.GOV

June 11, 2019