UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:15-cv-00033-JRS-MJD |
| | ) | |
| J. E. KRUEGER, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Directing Supplemental Briefing**

Petitioner raises two claims challenging his death sentence in this 28 U.S.C. § 2241 habeas action. Petitioner's first claim is that he is ineligible for a death sentence under *Atkins v. Virginia*, 536 U.S. 304 (2002). Respondent construed Petitioner's second claim as a claim under *Ford v. Wainwright*, 477 U.S. 399 (1986). But in his reply Petitioner disavows a claim under *Ford*. Instead, Petitioner asserts that the Court should use the functional approach set forth in *Madison v. Alabama*, 139 S. Ct. 718 (2019), to determine "whether he is ineligible for death under *Atkins*." Dkt. 67 at 14.

Because Respondent conceived Petitioner's second claim as one under *Ford* rather than *Atkins*, Respondent shall have **through August 5, 2019**, to file a supplemental brief limited to addressing Petitioner's second claim. Petitioner shall have **through August 19, 2019**, to file a supplemental reply limited to the arguments made in Respondent's supplemental brief. The Court does not anticipate extending these deadlines absent extraordinary circumstances.

**IT IS SO ORDERED.**

Date: 7/22/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bob Daley
OFFICE OF THE UNITED STATES ATTORNEY
bob.daley@usdoj.gov

Kathleen Michelle Stoughton
OFFICE OF THE UNITED STATES ATTORNEY
kathleen.stoughton@usdoj.gov

Claudia Van Wyk
FEDERAL COMMUNITY DEFENDER OFFICE
claudia_vanwyk@fd.org

Joe Howard Vaughn
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
joe.vaughn@usdoj.gov

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org