Clerk of Court                         7-15-19

**FILED**

JUL 2 4 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

2:15-cv-33-JRS-MJD

I am Requesting the court please send Me a Mirror copie of the Last Fileing By my attorney and all attachments with it please. I never Recieved Those and I want to know what was filed. Thank you for your time.

Always In Honor

Chad Falks
16617-074
USP
P.O. Box 33
Terre Haute, In
47808