**NAME:** Chad Fulks
**NUMBER:** 16617-074
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460

17 JUL 2019 PM 5 L



UNITED ST... MARSHAL
PACKAGE SCREENED BY
X RAY/MAGNETOMETER



RECEIVED
JUL 22 2019
U.S. CLERKS OFFICE

Clerk of court
Laura Briggs
U.S. District court
210 Federal Building
Terre Haute, In
47808