US District court
For the District of
South Carolina

CASE#
4:02-cr-00992-JFA
capital Case

## Motion For For hearing
## By Satelite Video.

To: Judge Joseph F. Anderson

Chadrick Evan Fulks

V

united States of America

RECEIVED
USDC CLERK, COLUMBIA, SC
2019 AUG -2 AM 9:54

I Chadrick Evan Fulks am Requesting that this court hold a Video hearing with Me to Fargo Further praceedings.
as This court is aware af, The US attorney General has ardered the Bureau af Prisons to praceed with Federal executions which do

page#2

what I am sentenced to. I do not need anyone representing Me on This. Ive Been Told For years now That Federal Executions would never happen But as usual the attorneys were wrong. Ive Been here on Federal death Row in Solatairy Confinement For 14 years Now. My movements have Been next to None due to this courts order to Keep myself and co-defendants, Brandon Basham Seperated. This order has Made time very difficult here. I havent even Been able to have a Regular orderly Job due to this, I am confined to My Cell 23/7. 2 years ago I was druged and Sexually assaulted By the Medical Doctor here, Dr Wilson and due to reporting this Sexual assault I Became the #1 target and retaliation Dummy. The Capital HAbeaus unit Refused to help Me get help For this Sexual

3

assault other than talking to someone From there office. one part of the retaliation was That The Doctor Removed Me From all Medications Concerning my Back and Neck Injuries and even reversed a medical Surgery that was already approved and now is denied. I can no Longer do this and request this Court hold a Video Confrence on this Motion as Soon as possible.

There is No reason that I cannot Be executed Now That Federal Executions have resumed.

Chad Fulks T.S.F.L
16617-074
USP
Federal Death Row
P.O. Box 33
Terre Haule, In
47808

④

This was mailed to the Below
people on July 28th 2019 in
The U.S. Mail.

Judge:
Joseph F Anderson - US District Court

Claudia Van Womble - Attorney
Capital Habeaus unit
Pete williams - Attorney

U.S. Attorneys office
Columbia South Carolina