UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                          )
                                         )
                    Petitioner,          )
                                         )
        v.                               )        No. 2:15-cv-00033-JRS-MJD
                                         )
J. E. KRUEGER,                           )
                                         )
                    Respondent.          )

## FINAL JUDGMENT

The Court now enters final judgment. Petitioner Chadrick Fulks' petition for a writ of

habeas corpus is denied and the action is dismissed with prejudice.

Date: 9/20/2019

Laura A. Briggs, Clerk

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Bob Daley
OFFICE OF THE UNITED STATES ATTORNEY
bob.daley@usdoj.gov

Kathleen Michelle Stoughton
OFFICE OF THE UNITED STATES ATTORNEY
kathleen.stoughton@usdoj.gov

Claudia Van Wyk
FEDERAL COMMUNITY DEFENDER OFFICE
claudia_vanwyk@fd.org

Joe Howard Vaughn
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
joe.vaughn@usdoj.gov

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org