**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |
|---|---|
| CHADRICK EVAN FULKS, | : |
| Petitioner, | : CIVIL ACTION<br>: (Capital Habeas Corpus) |
| v. | : |
| L. LARIVA, Acting Warden, USP Terre Haute, UNITED STATES OF AMERICA | : No. 2:15-cv-00033-JRS-MJD |
| Respondents. | : **Hon. James R. Sweeney II**<br>: **United States District Judge** |

**ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of Petitioner

Chadrick Fulks's Motion to Alter or Amended Judgment and Memorandum in Support, it is

hereby ORDERED that Petitioner's Motion is GRANTED. This Court's September 20, 2019

Order and Final Judgment dismissing Mr. Fulks's petition for a writ of habeas corpus with

prejudice are hereby withdrawn. This Court shall issue an additional order setting a briefing

schedule as to the merits of Mr. Fulks's claim for relief under *Atkins v. Virginia*, 536 U.S. 304

(2002).

BY THE COURT:

_____
Hon. James R. Sweeney II, Judge
United States District Court
Southern District of Indiana