IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | No. 2:15-CV-00033-JRS-MJD |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| *versus* | ) | |
| | ) | |
| J.E. KRUEGER, | ) | |
| *Warden, Terre Haute USP*, | ) | |
| | ) | |
| Respondent. | ) | |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PETITIONER'S MOTION
TO ALTER OR AMEND JUDGMENT**

Respondent, through the undersigned counsel, files this motion for an extension of time up to and including Thursday, November 14, 2019, in which to respond to Petitioner's Motion to Alter or Amend [DE 75] the final Judgment issued by this Court on September 9, 2019. DE 73. The current due date for the response is October 31, 2019.

In support of this motion, the United States would make the following showing:

1.      The undersigned counsel for the Respondent are Assistant United States Attorneys in the District of South Carolina and Special Assistant United States Attorneys in the Southern District of Indiana. The District of South Carolina successfully convicted the Petitioner in this matter.

2.      Both Assistant United States Attorneys are currently preparing responses in several other matters before the District Court of South Carolina and the Fourth Circuit Court of Appeals. Additionally, both Attorneys are scheduled to be in Richmond, Virginia, for a Fourth Circuit Criminal Appellate Practice Seminar beginning on Monday, October 28, 2019, followed by three

Fourth Circuit appeals by Assistant United States Attorneys from the District of South Carolina, which are scheduled for oral argument on October 30 and 31. The undersigned believes that additional time is needed to thoroughly review the issues Petitioner has presented in his Motion in order to appropriately respond.

3. The undersigned has contacted counsel for the Petitioner who have no objection to the extension.

4. This is Respondent's first request for an extension to respond to this motion.

Therefore, for the foregoing reasons, Respondent would respectfully request that this Honorable Court grant a 14-day extension of time up to and including Thursday, November 14, 2019, in order to file its response to Petitioner's Motion to Alter or Amend the Judgment filed on September 20, 2019.

Respectfully,

JOSHUA J. MINKLER
UNITED STATES ATTORNEY

Joe Howard Vaughn
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Tel. (317) 229-2447
Fax (317) 226-6125
Email: Joe.Vaughn@USDOJ.GOV

*And*

By: */s/Robert Frank Daley, Jr.*
Robert Frank Daley, Jr.
Kathleen Michelle Stoughton
Special Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3000
Fax (803) 929-3135
Email: Robert.Daley@USDOJ.GOV
Email: Kathleen.Stoughton@USDOJ.GOV

*Attorneys for Respondent*

October 24, 2019

3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | No. 2:15-CV-00033-JRS-MJD |
| | ) | |
| Petitioner, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| *versus* | ) | |
| | ) | |
| J.E. KRUEGER, | ) | |
| *Warden, Terre Haute USP*, | ) | |
| | ) | |
| Respondent. | ) | |

I hereby certify that on October 24, 2019, the foregoing document was served on all parties

or their counsel of record through the CM/ECF system if they are registered users or, if they are

not, by serving a true and correct copy at the address(es) listed below:

Claudia Van Wyk, Esquire
Peter Konrad Williams, Esquire
FEDERAL COMMUNITY DEFENDER OFFICE
601 Walnut Street, Suite 545W
Philadelphia, PA 19106
Email: Claudia_Vanwyk@fd.org
Email: Pete_Williams@fd.org

Respectfully,

JOSHUA J. MINKLER
UNITED STATES ATTORNEY

Joe Howard Vaughn
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Tel. (317) 229-2447
Fax (317) 226-6125
Email: Joe.Vaughn@USDOJ.GOV

*And*

By: */s/Robert Frank Daley, Jr.*
Robert Frank Daley, Jr.
Kathleen Michelle Stoughton
Special Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3000
Fax (803) 929-3135
Email: Robert.Daley@USDOJ.GOV
Email: Kathleen.Stoughton@USDOJ.GOV

*Attorneys for Respondent*

October 24, 2019