| | | |
|---|---|---|
| CHADRICK FULKS, | ) | No. 2:15-CV-00033-JRS-MJD |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| *versus* | ) | |
| | ) | |
| J.E. KRUEGER, | ) | |
| *Warden, Terre Haute USP*, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Respondent's motion for extension of time [76] is granted. Respondent shall have up to

and including Thursday, November 14, 2019, in which to file a response to Petitioner's Motion

to Alter or Amend Judgment.

IT IS SO ORDERED.

Date: October \_\_\_\_\_, 2019

_____
JAMES R. SWEENY, II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Claudia Van Wyk, Esquire
Peter Konrad Williams, Esquire
Federal Community Defender Office
Email: Claudia_Vanwyk@fd.org
Email: Pete_Williams@fd.org

Joe Howard Vaughn, AUSA
United States Attorney's Office (Indianapolis)
Email: Joe.Vaugh@usdoj.gov

Robert F. Daley, Jr., SAUSA
Kathleen M. Stoughton, SAUSA
Email: Bob.Daley@usdoj.gov
Email: Kathleen.Stoughton@usdoj.gov