UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHADRICK FULKS, | ) |
| | ) |
|         Petitioner, | ) |
| | ) |
|    v. | ) Cause No. 2:15-cv-00033-JRS-MJD |
| | ) |
| J.E. KRUEGER, *Warden*, | ) |
| | ) |
|         Respondent. | ) |

## **MOTION TO SUBSTITUTE COUNSEL**

Comes now, Josh Minkler, United States Attorney for the Southern

District of Indiana, by Brian Reitz, Assistant United States Attorney for the

Southern District of Indiana, and moves this Court to substitute Brian Reitz,

Assistant United States Attorney, for Joe H. Vaughn, as counsel in this case

on behalf of the Respondent.

Respectfully submitted,

Josh Minkler
United States Attorney

By: s/ Brian Reitz
    Brian Reitz
    Assistant United States Attorney
    United States Attorney's Office
    10 W. Market Street, Suite 2100
    Indianapolis, IN  46204
    Phone:  317-226-6333
    E-mail: Brian.Reitz@usa.doj.gov

## CERTIFICATE OF SERVICE

I certify that on October 25, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
United States Attorney's Office
10 W. Market Street, Suite 2100
Indianapolis, IN  46204
Phone:  317-226-6333
E-mail: Brian.Reitz@usa.doj.gov