UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,            )
                          )
            Petitioner,    )
                          )
      v.                   ) Cause No. 2:15-cv-00033-JRS-MJD
                          )
J.E. KRUEGER, *Warden*,    )
                          )
            Respondent.    )

## **ORDER**

This matter having come before the Court upon the government's Motion to Substitute Counsel and the Court being duly advised in the premises now finds that said motion should be granted.

IT IS THEREFORE ORDERED that Brian Reitz, Assistant United States Attorney is hereby substituted for Joe H. Vaughn as counsel in this case for the Respondent.

So ORDERED this _____ day of October, 2019.

 

_____
James R. Sweeney, II, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.