UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:15-cv-00033-JRS-MJD |
| | ) | |
| J. E. KRUEGER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter comes before the Court on counsel's Motion to Substitute Counsel.  [Dkt. 77.]

The Court, being duly advised, hereby **GRANTS** the motion.  The appearance of Brian Reitz is

entered on behalf of Respondent, and the appearance of Joe H. Vaughn is **WITHDRAWN** and

**TERMINATED**.

SO ORDERED.

Dated:  29 OCT 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.