UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS, )
)
          Petitioner, )
)
      V. )      Cause No. 2:15-cv-00033-JRS-MJD
)
)
J.E. KRUEGER, )
)
          Respondent. )

## **APPEARANCE**

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana,

by Cindy J. Cho, Assistant United States Attorney for the Southern District of Indiana, and enters

her appearance as counsel for the United States of America.


                    Respectfully submitted,

                    JOSH J. MINKLER
                    United States Attorney


      By:    s/ Cindy J. Cho
             Cindy J. Cho
             Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, a copy of the foregoing APPEARANCE was filed electronically.  Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By:  s/ Cindy J. Cho

Cindy J. Cho
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax:  (317) 226-6125
Email:  Cindy.Cho@usdoj.gov