IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                    )          No. 2:15-CV-00033-JRS-MJD
                                   )
              Petitioner,          )
                                   )
       *versus*                    )
                                   )
J.E. KRUEGER,                      )
*Warden, Terre Haute USP*,         )
                                   )
              Respondent.          )

## **ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Respondent's motion for extension of time, dkt. [76], is granted. Respondent shall have

up to and including Thursday, November 14, 2019, in which to file a response to Petitioner's

Motion to Alter or Amend Judgment.

       IT IS SO ORDERED.

Date: 10/31/2019                              JAMES R. SWEENEY II, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF