# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

|  |  |
|---|---|
| CHADRICK EVAN FULKS, | CIVIL ACTION |
| Petitioner, | (Capital Habeas Corpus) |
| v. |  |
| T.J. WATSON, Complex Warden, USP Terre Haute, UNITED STATES OF AMERICA | No. 2:15-cv-00033-JRS-MJD |
|  | **Hon. James R. Sweeney, II** |
| Respondents. | **United States District Judge** |

## NOTICE OF APPEAL

Notice is hereby given that Chadrick Evan Fulks, petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from each and every aspect of the final judgment and order denying his petition for a writ of habeas corpus, entered in this action on September 20, 2019 (Dkt. Nos. 73 and 74), and this Court's order denying Mr. Fulk's motion to alter or amend judgment, pursuant to Rule 59 of the Federal Rules of Civil Procedure, entered on April 1, 2020 (Dkt. No. 83). This Notice has been filed within 60 days of April 1, 2020. *See* F.R. App. P. 4(a)(1)(B)(i), 4(a)(4)(A)(iv).

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
CLAUDIA VAN WYK
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
claudia_vanwyk@fd.org
pete_williams@fd.org

Dated: May 28, 2020

# CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this 28th day of May, 2020, a copy

of the forgoing was served via ECF filing on the following people:

Joe Howard Vaughn, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204–3048

Robert Frank Daley, Jr.
Kathleen Michelle Stoughton
Special Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, SC 29201

/s/ Peter Williams
Peter Williams