UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:15-cv-00033-JRS-MJD |
| | ) | |
| J.E. KRUEGER, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW APPEARANCE

Cindy Jane Cho, Assistant United States Attorney for the Southern District of Indiana,

hereby respectfully moves to withdraw her appearance as counsel for the United States of

America as she is no longer assigned to this case. United States Attorney Zachary A. Myers, by

and through Assistant United States Attorneys, Brian L. Reitz, Kathleen Stoughton and Bob

Daley, remains as counsel for the United States.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   *s/ Cindy Jane Cho*
Cindy Jane Cho
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022, a copy of the forgoing Motion to Withdraw appearance was filed electronically. Any parties appearing in this case may access this filing through the Court's system.

*s/ Cindy Jane Cho*
Cindy Jane Cho
Assistant United States Attorney