UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                          )
                                         )
                Petitioner,              )
                                         )
        v.                               )          2:15-cv-00033-JRS-MJD
                                         )
J.E. KRUEGER,                            )
                                         )
                Respondent.              )

## **ORDER**

This matter comes before the Court on the motion of Assistant United States Attorney

Cindy Jane Cho to withdraw her appearance as counsel for the United States of America. Upon

consideration of the same, the Court grants the motion, dkt. [89].

IT IS THEREFORE ORDERED that the appearance of Assistant United States Attorney

Cindy Jane Cho in the above-referenced case is withdrawn.

So ORDERED.

Date: 1/13/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.