IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                 )           No. 2:15-CV-00033-JRS-MJD
                                )
            Petitioner,         )
                                )
        *versus*                )
                                )
J.E. KRUEGER,                   )
*Warden, Terre Haute USP*,      )
                                )
            Respondent.         )

### <u>NOTICE OF TERMINATION OF CO-COUNSEL</u>

The government advises the Court and all parties that Special Assistant United States Attorney Robert Frank Daley, Jr. hereby terminates his role as co-counsel for the United States in this matter.

Respectfully submitted,

COREY F. ELLIS
UNITED STATES ATTORNEY

*/s/Kathleen M. Stoughton*
Kathleen M. Stoughton
Special Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3000
Fax (803) 929-3135
Email: Kathleen.Stoughton@usdoj.gov

May 11, 2022