Acknowledged.
JRS, DJ, 5/18/22

Distribution to all
counsel of record via
CM/ECF.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHADRICK FULKS,                    )          No. 2:15-CV-00033-JRS-MJD
                                   )
            Petitioner,            )
                                   )
      *versus*                     )
                                   )
J.E. KRUEGER,                      )
*Warden, Terre Haute USP,*         )
                                   )
            Respondent.            )

## NOTICE OF TERMINATION OF CO-COUNSEL

The government advises the Court and all parties that Special Assistant United

States Attorney Robert Frank Daley, Jr. hereby terminates his role as co-counsel for the

United States in this matter.

Respectfully submitted,

COREY F. ELLIS
UNITED STATES ATTORNEY

*/s/Kathleen M. Stoughton*
Kathleen M. Stoughton
Special Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3000
Fax (803) 929-3135
Email: Kathleen.Stoughton@usdoj.gov

May 11, 2022